# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| PERRIS VALLEY COMMUNITY HOSPITAL, LLC, a California limited liability company, dba VISTA HOSPITAL OF RIVERSIDE,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA PIPE TRADES ADMINISTRATIVE CORPORATION, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: EDCV13-00291 GAF(DTBx)<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>Complaint Filed in State Court: November 20, 2012<br><br>Removal of Action: February 14, 2013 |

//
//
//
//

LAW OFFICES OF CYNDI K. WONG
A PROFESSIONAL CORPORATION
790 East Colorado Boulevard, 9th Floor
Pasadena, California 91101

Pursuant to the Stipulation Re: Protective Order filed by Plaintiff PERRIS VALLEY COMMUNITY HOSPITAL, LLC, a California limited liability company dba VISTA HOSPITAL OF RIVERSIDE, and Defendant SOUTHERN CALIFORNIA PIPE TRADES ADMINISTRATIVE CORPORATION, a California corporation, proposing a protective order with respect to this action, and GOOD CAUSE appearing:

IT IS HEREBY ORDERED THAT:

1. A Protective Order is hereby entered consistent with the terms and provisions of the Stipulation Re: Protective Order, attached hereto as Exhibit A and incorporated herein by reference.

Dated: July 15, 2013      By: _____
                          THE HONORABLE DAVID T. BRISTOW
                          UNITED STATES MAGISTRATE JUDGE

Submitted by:
LAW OFFICES OF CYNDI K. WONG,
A PROFESSIONAL CORPORATION

By:_____
    CYNDI K. WONG
    Attorney for Plaintiff Perris Valley
    Community Hospital, LLC, a California
    limited liability company dba Vista
    Hospital of Riverside

LAW OFFICES OF CYNDI K. WONG
A PROFESSIONAL CORPORATION
790 East Colorado Boulevard, 9th Floor
Pasadena, California 91101

2
[PROPOSED] PROTECTIVE ORDER