LAW OFFICES OF CYNDI K. WONG
A PROFESSIONAL CORPORATION
790 East Colorado Boulevard, 9th Floor
Pasadena, California 91101

1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| PERRIS VALLEY COMMUNITY HOSPITAL, LLC, a California limited liability company, dba VISTA HOSPITAL OF RIVERSIDE,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA PIPE TRADES ADMINISTRATIVE CORPORATION, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: EDCV13-00291 GAF(DTBx)<br><br>**[PROPOSED]** PROTECTIVE ORDER<br><br>Complaint Filed in State Court: November 20, 2012<br><br>Removal of Action: February 14, 2013 |

//
//
//
//

1

[PROPOSED] PROTECTIVE ORDER

1  Pursuant to the Stipulation Re: Protective Order filed by Plaintiff PERRIS
2  VALLEY COMMUNITY HOSPITAL, LLC, a California limited liability company
3  dba VISTA HOSPITAL OF RIVERSIDE, and Defendant SOUTHERN
4  CALIFORNIA PIPE TRADES ADMINISTRATIVE CORPORATION, a California
5  corporation, proposing a protective order with respect to this action, and GOOD
6  CAUSE appearing:

8      IT IS HEREBY ORDERED THAT:

10      1. A Protective Order is hereby entered consistent with the terms and
11         provisions of the Stipulation Re: Protective Order, attached hereto as
12         Exhibit A and incorporated herein by reference.

15  Dated:  July 15, 2013         By: _____
16                                THE HONORABLE DAVID T. BRISTOW
                              UNITED STATES MAGISTRATE JUDGE

19  Submitted by:
20  LAW OFFICES OF CYNDI K. WONG,
21  A PROFESSIONAL CORPORATION

23  By:_____
    CYNDI K. WONG
24     Attorney for Plaintiff Perris Valley
25     Community Hospital, LLC, a California
    limited liability company dba Vista
26     Hospital of Riverside

LAW OFFICES OF CYNDI K. WONG, A PROFESSIONAL CORPORATION
790 East Colorado Boulevard, 9th Floor
Pasadena, California 91101