LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-00291 GAF (DTBx) | Date | January 31, 2014 |
|---|---|---|---|
| Title | Perris Valley Community Hospital LLC v. Southern California Pipe Trades Administrative Corporation et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

### ORDER RE: CASE MANAGEMENT

The Court is in receipt of Defendants' motion for summary judgment. (Docket No. 22.) The hearing for that motion is presently scheduled for February 10, 2014. However, due to an error by Plaintiff's counsel, the opposition to that motion was filed late. Accordingly, to permit Defendants sufficient time to reply to the opposition, the hearing on Plaintiffs' motion is **CONTINUED** to **Monday, February 24, 2014** at 9:30 a.m.

**IT IS SO ORDERED.**