Michael J. Korda (California Bar No. 88572)
George M. Kraw (California Bar No. 71551)
Lisa Schwantz (California Bar No. 206777)
Katherine McDonough (California Bar No. 241426)
Kraw and Kraw Law Group
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
mkorda@kraw.com
gkraw@kraw.com
lschwantz@kraw.com
kmcdonough@kraw.com

Counsel for Defendants:
Southern California Pipe Trades Administrative Corporation and Southern California Pipe Trades Health and Welfare Fund

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PERRIS VALLEY COMMUNITY HOSPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY DBA VISTA HOSPITAL OF RIVERSIDE<br><br>Plaintiff<br><br>v.<br><br>SOUTHERN CALIFORNIA PIPE TRADES ADMINISTRATIVE CORPORATION, A CALIFORNIA CORPORATION, ET AL.,<br><br>Defendants. | Case No.: ED CV13-291-GAF (DTBx)<br><br>JUDGMENT IN FAVOR OF DEFENDANTS |

JUDGMENT - 1
CASE NO. C13-00291-GAF-DTB

1  The Motion for Summary Judgment by Defendants Southern California Pipe Trades Administrative Corporation and Southern California Pipe Trades Health and Welfare Fund came on for hearing before the Honorable Gary A. Frees on February 10, 2014, at 9:30 a.m. in Court Room 740.  Plaintiff was represented by Cyndi K. Wong of The Law Offices of Cyndi K. Wong.  Defendants were represented by Michael J. Korda of the law firm of Kraw and Kraw Law Group.

After full consideration of the evidence, the separate statement and points and authorities submitted by both parties, all paperwork submitted on the motion from all parties, both in support of, and in opposition to, said motion, as well as oral argument having been heard, the Court issued an order finding no triable issue of material fact in the action brought by Plaintiff and that Defendants are entitled to summary judgment as a matter of law.

Defendants' Motion for Summary Judgment having been GRANTED,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Defendants' Motion for Summary Judgment against Plaintiff is GRANTED, and that judgment shall be entered in favor of Defendants Southern California Pipe Trades Administrative Corporation and Southern California Pipe Trades Health and Welfare Fund and against Plaintiff Perris Valley Community Hospital LLC, a California limited liability company, dba Vista Hospital of Riverside.

IT IS FURTHER ORDERED that Defendants Southern California Pipe Trades Administrative Corporation and Southern California Pipe Trades Health and Welfare Fund are entitled to recover from Plaintiff its costs and attorneys fees (if any) to be determined by the Court.

Dated: February 21, 2014

_____
The Hon. Gary A. Frees
Judge of U.S. District Court
Central District of California

JUDGMENT - 2
CASE NO. C13-00291-GAF-DTB